Anthony LAWRENCE, Plaintiff–Appellee

v.

Doctor Samuel GORE, Defendant– Appellant.

No. 14–30099.

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2014.

Soren E. Gisleson, Esq., Herman Herman & Katz, L.L.C., New Orleans, LA, for Plaintiff-Appellee.

Anthony Lawrence, New Orleans, LA, pro se.

Timothy R. Richardson, Charlin S. Fisher, Usry, Weeks & Matthews, A.P.L.C., New Orleans, LA, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

After studying the briefs and the record and hearing the arguments of the parties, we conclude that the evidence is insufficient to support an Eighth Amendment claim for deliberate indifference to the serious medical needs of Anthony Lawrence. Thus, the judgment of the district court is REVERSED, and the case is REMANDED for entry of judgment in favor of Samuel Gore.

REVERSED, and REMANDED for entry of judgment dismissing the complaint.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

